ACCEPTED
04-15-00480-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/19/2015 9:08:23 AM
KEITH HOTTLE
CLERK

# No. 04-15-00480-CV

IN THE COURT OF APPEALS OF TEXAS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/19/2015 9:08:23 AM
KEITH E. HOTTLE
Clerk

## LIBERTY SPORT AVIATION, L.P.,
*Appellant,*

vs.

## TEXAS HILL COUNTRY BANK,
*Appellee.*

FROM THE 216TH JUDICIAL DISTRICT, KENDALL COUNTY,
CAUSE NO. 14-314A, HON. KEITH WILLIAMS, PRESIDING

## APPELLANT'S MOTION TO ABATE APPEAL

To the Honorable Court:

In its November 5, 2015 Order, this Court ordered the parties to address the question of whether there is a final, appealable judgment in this case. In response to this Court's Order, Appellant respectfully requests this Court to abate the appeal for 60 days to allow the parties to seek further order from the trial court to clarify that the judgment appealed is a final, appealable order.

Respectfully submitted,

KELLER STOLARCZYK, PLLC
234 West Bandera Road #120
Boerne, Texas  78006
Tele: 830.981.5000
Facs: 888.293.8580

/s/Kimberly S. Keller
Kimberly S. Keller
SBN: 24014182
kim@kellsto.com

COUNSEL FOR APPELLANT

## CERTIFICATE OF CONFERENCE & SERVICE

I certify that on November 17, 2015, co-counsel Jonathan Cluck conferred with counsel for Appellee (Mr. Maguire), but did not receive a response back by the time this Motion was filed. On November 19, 2015, this Motion was served on those individuals listed below via this Court's e-filing system, facsimile, and/or email:

M. Patrick Maguire
945 Barnett Street
Kerrville, Texas 78028

William Michael Childers
222 Sidney Baker South, Suite 630
Kerrville, Texas 78028

/s/Kimberly S. Keller
Kimberly S. Keller